IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ACADIA INSURANCE COMPANY;
CONTINENTAL WESTERN
INSURANCE COMPANY; and
UNION INSURANCE COMPANY                                              PLAINTIFFS

v.                       Case No. 6:18-cv-06035

ALLIANCE INSURANCE GROUP OF
ARKADELPHIA, INC. and
BERRY R. BISHOP                                                      DEFENDANTS

## ORDER

Before the court is Plaintiffs' Suggestion of Bankruptcy and Notice of Stay. ECF No. 9. It appears that Defendant filed a bankruptcy petition on May 30, 2018, and that all matters in this Court should be stayed pending the disposition of bankruptcy proceedings. Accordingly, **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation, or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED**, this 26th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge